# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.  Cr. No. H-21-440

**JUAN ANTONIO HERNANDEZ-LOPEZ**

### SUPPLEMENTAL EXHIBITS TO DEFENDANT'S OPPOSED MOTION TO DISMISS

In response to the government's argument that the 1952 enactment of 8 U.S.C. § 1326 and its subsequent revisions were not tainted by racism, Mr. Hernandez-Lopez submits the affidavit of Professor S. Deborah Kang, which was presented to the district court in the Eastern District of Washington in *United States v. Marciano Munoz-De La O*, No. 2:20cr134.  That court has not yet ruled on Mr. Munoz-De La O's challenge to the constitutionality of 1326.

> Respectfully submitted,
>
>  s/ Marjorie A. Meyers
> MARJORIE A. MEYERS
> Federal Public Defender
> Southern District of Texas No. 3233
> Texas State Bar No. 14003750
> Attorney for Defendant
> 440 Louisiana Street, Suite 1350
> Houston, Texas 77002-1056
> Telephone:       713.718.4600
> Facsimile:         713.718.4610

2

## CERTIFICATE OF SERVICE

I certify that on January 14, 2022, a copy of the foregoing was served by Notification of Electronic Filing on Assistant United States Attorney Charmaine Holder.

/s/ Marjorie A. Meyers
MARJORIE A. MEYERS